# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

AHJEEB JAMAL BOYD,

     Plaintiff,

  v.

NEIL McDOWELL, ET AL.,

     Defendants.

No. ED CV 24-2749-JAK(E)

ORDER ACCEPTING FINDINGS,

CONCLUSIONS AND RECOMMENDATIONS

OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Amended Complaint, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge.  Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which any objections have been made.  The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that Judgment shall be entered dismissing the action without prejudice.

///

///

///

IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein on Plaintiff.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED:  May 13, 2026

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

2