JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHJEEB JAMAL BOYD, | No. ED CV 24-2749-JAK(E) |
| Plaintiff, | |
| v. | JUDGMENT |
| NEIL McDOWELL, ET AL., | |
| Defendants. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED:  May 13, 2026

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE